**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **SCOTT PAGLIARULO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NO.** |
| | ) | |
| **NATIONAL RAILROAD PASSENGER** | ) | |
| **CORPORATION A/K/A AMTRAK** | ) | |
| | ) | |
| **Defendant.** | ) | **MARCH 11, 2022** |
| | ) | |

## COMPLAINT

Plaintiff, **SCOTT PAGLIARULO**, by and through her undersigned attorneys, now come before this Court and complain of **NATIONAL RAILROAD PASSENGER CORPORATION A/K/A AMTRAK** as follows:

**Jurisdiction and Venue**

1. The plaintiff, **SCOTT PAGLIARULO**, at all times relevant hereto resided in the City of Branford, State of Connecticut.

2. The defendant, **NATIONAL RAILROAD PASSENGER CORPORATION A/K/A AMTRAK**, is a railroad corporation duly established by law and headquartered in Washington, D.C.

3. The claims herein are brought against defendants, **NATIONAL RAILROAD PASSENGER CORPORATION A/K/A AMTRAK**, pursuant to 28 U.S.C. § 1332, for monetary damages as compensation for loss of property and

personal injuries that were caused by the negligent and wrongful acts and omissions of the employees of the **NATIONAL RAILROAD PASSENGER CORPORATION A/K/A AMTRAK** while acting within the scope of their employment and/or offices.

**STATEMENT OF FACTS:**

4. During all times mentioned herein the defendant, **NATIONAL RAILROAD PASSENGER CORPORATION A/K/A AMTRAK**, was a common carrier engaged in the business interstate commerce and as such operated a railroad in such business between Lorton, Virginia and Sanford, Florida.

5. At all times mentioned herein the plaintiff, **SCOTT PAGLIARULO**, received the injuries complained of herein while he was a passenger invitee of the defendant, **NATIONAL RAILROAD PASSENGER CORPORATION A/K/A AMTRAK**, on a passenger train while in route to Sanford, Florida.

6. On March 16, 2021, the plaintiff, **SCOTT PAGLIARULO** was the passenger on an Amtrak train heading from Lorton, Virginia to Sanford, Florida, who boarded on or about 2:30 or 3:00pm for the 4:00pm departure.

7. On March 16, 2021, the plaintiff, **SCOTT PAGLIARULO,** requested a first floor and/or handicap accessible seat because all of his physical limitations, but was denied the same.

8.     On March 16, 2021, approximately two to three hours into the plaintiff's train ride, after waiting for the second-floor bathroom for at least ten (10) minutes, the plaintiff, **SCOTT PAGLIARULO,** was required to head downstairs toward the bathrooms on the first floor.

9.     On March 16, 2021, the plaintiff, **SCOTT PAGLIARULO,** was lawfully on the passenger train, when he was caused to slip and fall due to a slippery substance on the surface of the stairs between the second and first floor, thereby causing him to suffer the injuries and losses set forth below.

10.     The aforementioned incident occurred approximately two to three hours into the plaintiff's train ride.

## COUNT 1 - NEGLIGENCE VS. NATIONAL RAILROAD PASSENGER CORPORATION A/K/A AMTRAK:

11.     The    defendant,    **NATIONAL    RAILROAD    PASSENGER CORPORATION A/K/A AMTRAK,** is vicariously liable for the negligent acts of its agent, servant and/or employee, committed in the course of employment.

12.     The incident was caused by the negligence of the defendant, **NATIONAL RAILROAD PASSENGER CORPORATION A/K/A AMTRAK,** its agents, servants and/or employees, in one or more of the following ways:

   a.  it failed to properly maintain the subject area on the stairs;

   b.  it failed to properly and reasonably inspect the subject area on the stairs;

3

c. it knew or in the exercise of reasonable care and inspection should have known of the aforementioned dangerous, slippery conditions and should have taken measures to remedy and correct the same but this it carelessly and negligently failed to do;

d. it knew or in the exercise of reasonable care and inspection should have known that the subject floor had a propensity to become slippery and yet it failed to adopt and/or adequately implement procedures to remedy said condition and protect its customers therefrom;

e. it failed to warn the plaintiff of the dangerous, slippery condition of the subject area on the stairs;

f. it failed to erect signs and/or barriers around the slippery substance;

g. it failed to properly train and/or instruct its agents, servants and/or employees to keep the premises safe for its customers;

h. it allowed a slippery substance to remain on the subject area on the stairs;

i. it failed to establish and/or failed to follow procedures for detecting and eliminating dangerous conditions such as the slippery condition that caused the plaintiff to fall; and/or

j. it failed to remedy the slippery or wet conditions of the floor on the premises in a timely manner under all of the circumstances.

13. The plaintiff, **SCOTT PAGLIARULO**, was injured as a direct result of the incident, the same having been directly and proximately caused by the negligent acts of the defendant, **NATIONAL RAILROAD PASSENGER CORPORATION A/K/A AMTRAK**, its agents, servants and/or employees, who owed the highest degree of care to invitee passengers such as the plaintiff.

**DAMAGES:**

14. As a result of the negligence of the defendant, **NATIONAL RAILROAD PASSENGER CORPORATION A/K/A AMTRAK**, its agents, servants and/or employees, the plaintiff, **SCOTT PAGLIARULO**, suffered the following injuries, some or all of which may be permanent in nature:

    a. Dental injuries, including but not limited to broken, cracked and/or chipped teeth; and

    b. Pain and suffering, both mental and physical.

15. As a further result of the negligence of the defendant, **NATIONAL RAILROAD PASSENGER CORPORATION A/K/A AMTRAK**, its agents, servants and/or employees, the plaintiff, **SCOTT PAGLIARULO**, was forced to expend large sums of money for medical care and treatment, dental care and treatment, and diagnostic tests, all necessary to his recovery, and may be forced to expend additional sums in the future.

16. As a further result of the negligence of the defendant, **NATIONAL RAILROAD PASSENGER CORPORATION A/K/A AMTRAK**, its agents, servants and/or employees, the plaintiff, **SCOTT PAGLIARULO**, was unable, and remains unable, to participate in and enjoy his usual activities.

## PRAYER FOR RELIEF

**WHEREFORE,** in order to fairly and justly compensate the negligently injured plaintiff and thereby promote safe operating conditions on **NATIONAL RAILROAD PASSENGER CORPORATION A/K/A AMTRAK** the plaintiff demands a judgment for damages against **NATIONAL RAILROAD PASSENGER CORPORATION A/K/A AMTRAK** in addition to any further relief the Court deems just and equitable.

Dated this 10TH day of March 2022.

THE PLAINTIFF
SCOTT PAGLIARULO

By: _____

Garrett M. Moore, Sr., Esq.- (ct05673)
Moore, O'Brien & Foti
891 Straits Turnpike
Middlebury, CT 06762
Phone: 203-272-5881
Email: gmoore@mojylaw.com

**THE PLAINTIFF DEMANDS TRIAL BY JURY**